**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiffs**<br><br>Vs.<br><br>**(10) CARLOS MARRERO-VAZQUEZ**<br>**Defendant** | **CRIM. NO. 3:22-CR-00205 (FAB)** |

**MOTION REQUESTING CONTINUANCE OF ARRAIGNMENT AND BAIL HEARING**

TO THE HONORABLE COURT

NOW COMES THE DEFENDANT, by the way of the undersigned attorney who respectfully states and praise as follows.

1. The Honorable Court has scheduled an Arraignment and Bail hearing for the May 22, 2022 at 2:30 am.

2. On that day the undersigned will be in a jury selection in case DVI2018G0038 (El Pueblo de Puerto Rico vs Luis Pastrana Benjam)

3. The present request is not made with any dilatory intent in mind. Instead, it is necessary for and adequate representation of Mr. Marrero-Vazquez.

4. The undersigned has the following days available. May 26, 2022, at 9:00 am; May 27, 2022, at 2:00 pm, June 1, 2022.

**WHEREFORE,** it is respectfully requested that this Honorable Court take notice of the present motion and grants a continuance of the Arraignment and Bail Hearing.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this May 21, 2022.

**I HEREBY CERTIFY:** That I electronically file the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the attorneys off the record of all the parties in the instant case and to the office of the United States Attorney.

/s/IAN CARLOS GARCÍA-FERRERAS
IAN CARLOS GARCÍA-FERRERAS
USDC15,961
101 Esteban Padilla
Oficina 3ª
Bayamón, Puerto Rico, 00959
Email: iancgarcia@gmail.com
Tel.: 787-450-8232